SMITH BROTHERS WOODLAND MANAGEMENT,
LLC *v.* ZONING BOARD OF APPEALS OF
THE TOWN OF BROOKFIELD

The plaintiff's petition for certification for appeal from the Appellate Court, 108 Conn. App. 621 (AC 28376), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the issuance of a certificate of zoning compliance with conditions precluded the plaintiff from engaging in other preexisting, nonconforming uses?"

The Supreme Court docket number is SC 18220.

*Brian A. Lema,* in support of the petition.

*Thomas W. Beecher,* in opposition.

Decided September 5, 2008